**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DUARTE MEDEIROS, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| | 1:10-CV-4167-SCJ |
| MFI SOFTWARE CORPORATION and L. KEN SWENSON, JR., | |
| Defendants. | |

**FINAL ORDER AND JUDGMENT**

On September 26, 2011, the Court heard Plaintiff Duarte Medeiros' application for entry of default judgment against Defendant MFI Software Corporation ("MFI") under Rule 55(b)(2) of the Federal Rules of Civil Procedure at which time it received evidence. Having considered the application, the evidence presented and the record before it including Defendant MFI's admissions of fact by virtue of its default, the Court finds as follows:

1. MFI is not a minor, an incompetent, or a current member of military service.

2. MFI was properly served with the summons and complaint and did not appear in this action.

3. MFI has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense so as to allow Plaintiff to recover his reasonable expenses and attorney's fees pursuant to O.C.G.A. § 13-6-11.

4. MFI's fraudulent actions and conversion of Plaintiff's funds constituted willful misconduct, malice, fraud, wantonness and such conscious indifference to consequences so as to authorize an award of punitive damages in order to deter such further willful misconduct.

5. Plaintiff has established that Defendant MFI is liable to Plaintiff for damages in the principal amount of $160,000.00, pre-judgment interest at the legal rate of 7% from the date of demand, August 12, 2010, through the date of judgment, totaling $12,580.82, together with punitive damages of four times the principal amount converted in the amount of $640,000.00, attorney's fees and costs pursuant to O.C.G.A. § 13-6-11 of $6,774.72.

THEREFORE, IT IS ORDERED that:

Judgment be entered against Defendant MFI in the total amount of $819,355.54 calculated as described in paragraph 5 above. The judgment shall bear interest at the judgment rate from the date of entry until paid.

IT IS FURTHER ORDERED that there is no just reason for delay and the clerk is directed to enter this final judgment in accordance herewith.

SO ORDERED, this the 26th day of September, 2010.

s/Steve C. Jones  
Honorable Steve C. Jones  
Judge, United States District Court  
Northern District of Georgia

Presented this the 26th day of September, 2011.

/s/ Jason W. Graham
Jason W. Graham
Georgia Bar No. 304595
jason@grahamandpenman.com
T. Brandon Welch
Georgia Bar No. 152409
brandon@grahamandpenman.com
Attorneys for Plaintiff

Graham & Penman, LLP
2989 Piedmont Road, NE
Suite 200
Atlanta, Georgia 30305-2700
Telephone: (404) 842-9380
Facsimile:  (678) 904-3110