Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

Duarte Medeiros v. MVI Software Corporation and
L. Ken Swenson, Jr. Civil Action No: 1;10-CV-4167-SCJ
Jason W. Graham, Attorney for Plaintiff

**WRIT OF EXECUTION**

| United States District Court | DISTRICT Northern District of Georgia |
|---|---|

**TO THE MARSHAL OF:**

The Northern District of Georgia

**YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:**

**NAME**

MFI Software Corproation

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Eight Thousand Nineteen three hundred fifty five | **and** 54/100 ($819.355.54) |

in the United States District Court for the __Northern__ District of __Georgia__ ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

MFI Software Corporation

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U. S. District Courthouse | DISTRICT Northern District of Georgia |
|---|---|
| CITY Atlanta, Georgia | DATE |

**Witness the Honorable** _____
*(United States Judge)*

| DATE | CLERK OF COURT  James N. Hatten |
|---|---|
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|